IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAYLORD JACKSON and<br>ARDUS JACKSON<br><br>              Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>              Defendants. | :<br>:<br>:  CIVIL ACTION NO. 02-CV-3921<br>:<br>:<br>:<br>:<br>:  ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

       Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____      _____
Hope S. Freiwald                                         Aline Fairweather


_____      _____
Alison T. Conn                                              Kirstin J. Miller


Dated:  August 19, 2002                DECHERT PRICE & RHOADS
                                                         4000 Bell Atlantic Tower
                                                         1717 Arch Street
                                                         Philadelphia, PA  19103-2793
                                                         (215) 994-4000